*J. E. Hyman,* contra.

## THOMAS *v.* THE STATE.

BELL, Justice. The evidence, direct and circumstantial, was sufficient to show penetration, and to support the verdict that the defendant was guilty of rape. The court did not err in overruling the motion for a new trial based upon the general grounds only.

*Judgment affirmed. All the Justices concur, except Reid, C. J., and Grice, J., who dissent.*

No. 12909.  SEPTEMBER 14, 1939.

*W. F. Manley* and *A. F. Jenkins,* for plaintiff in error.

*Ellis G. Arnall, attorney-general, C. S. Baldwin Jr., solicitor-general,* and *Duke Davis, assistant attorney-general,* contra.